[No. 47538-0-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY TODD WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00647-5, Richard J. Thorpe, J., entered October 11, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47619-0-I.   Division One.   March 25, 2002.]

GORDON OVERBY, *Appellant*, v. CAMPBELL MOTEL PROPERTIES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-00892-3, Michael F. Moynihan, J., entered October 19, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47742-1-I.   Division One.   March 25, 2002.]

*In the Matter of the Marriage of* KENNETH A. SMITH, *Appellant*, and BRENDA L. SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-3-01437-9, David F. Hulbert, J., entered October 24, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47822-2-I.   Division One.   March 25, 2002.]

*In the Matter of the Marriage of* MAI BAICY, *Appellant*, and EDWARD OWEN BAICY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-00938-2, Donald D. Haley, J., entered October 27, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.